UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:11-00038

HUGHIE ELBERT STOVER

## MOTION TO UNSEAL

Comes now the United States of America, by BLAIRE L. MALKIN, Assistant United States Attorney, for the Southern District of West Virginia and moves this Court to unseal the Indictment in this case.

    Respectfully submitted,

    R. BOOTH GOODWIN II
    United States Attorney

    /s/Blaire L. Malkin
    BLAIRE L. MALKIN
    Assistant United States Attorney
    WV Bar No. 10671
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    Email: blaire.malkin@usdoj.gov