**Court Minutes:**

Session: 2011February28  
Session Date: 02/28/2011  
Judge: VanDervort, R. Clarke  
Reporter: Courtflow  

Division: BLFD  
Session Time: 10:59  

Courtroom: Blfd  

Clerk(s): Keene, Melissa

---

Case ID: 0001

Case number: 5:11-cr-00038  
Plaintiff:  
Plaintiff Attorney:  
Defendant: Stover, Hughie Elbert  
Pers. Attorney:  

02/28/2011

| Time | Event |
|---|---|
| 11:07:59 | Recording Started: |
| 11:07:59 | Case called |
| 11:08:02 | **General:** INITIAL APPEARANCE |
| 11:08:15 | Defendant present and in custody |
| 11:08:25 | **Judge: VanDervort, R. Clarke** Advised of charges |
| 11:09:45 | Advised of constitutional rights and defendant acknowledged the same |
| 11:09:56 | Court understands William Wilmoth has been retained to represent defendant |
| 11:10:49 | **Defendant: Stover, Hughie Elbert** name |
| 11:10:53 | address |
| 11:11:11 | education |
| 11:11:17 | no difficulty hearing/understanding |
| 11:11:23 | Received copy of charges |
| 11:11:27 | **Judge: VanDervort, R. Clarke** ARRAIGNMENT: Tuesday, March 15, at 11:00 a.m., in Beckley |
| 11:11:57 | Defendant released on standard conditions of bond |
| 11:13:37 | Will NOT require drug testing |
| 11:14:56 | **General:** end |
| 11:15:02 | **Stop recording** |