UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CRIMINAL NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

        Defendant.

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of William D. Wilmoth and Steptoe & Johnson PLLC, as counsel for the defendant in the above matter.

Dated this 28th day of February, 2011.

|  |  |
|---|---|
| | /s/ William D. Wilmoth |
| | William D. Wilmoth, Esq. (WV Bar # 4075) |
| STEPTOE & JOHNSON PLLC | 1233 Main Street, Suite 3000 |
| Of Counsel | P.O. Box 751 |
| | Wheeling, WV 26003 |
| | ***Counsel for Defendant, Hughie Elbert Stover*** |

5702098.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       CRIMINAL NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

        Defendant.

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2011, I served the foregoing *Notice of Appearance* upon all counsel of record, using the Court's CM/ECF filing system as follows:

    R. Booth Goodwin, II
    United States Attorney
    Southern District of West Virginia
    300 Virginia Street, East, Room 4000
    Charleston, West Virginia 25301

    Blaire L. Malkin
    Assistant United States Attorney
    Southern District of West Virginia
    300 Virginia Street, East, Room 4000
    Charleston, West Virginia 25301

    Steven R. Ruby
    Assistant United States Attorney
    Southern District of West Virginia
    300 Virginia Street, East, Room 4000
    Charleston, West Virginia 25301

                                              /s/ William D. Wilmoth

5702098.1