**Court Minutes:**

Session: 2011March15  
Session Date: 03/15/2011  
Judge: VanDervort, R. Clarke  
Reporter: CourtFlow  

Division: Beck  
Session Time: 10:52  

Courtroom: crtroom211  

Clerk(s): Keene, Melissa A.

---

Case ID: 0001

Case number: 5:11-cr-00038  
Plaintiff:  
Plaintiff Attorney:  
Defendant: Stover, Hughie Elbert  
Pers. Attorney: Wilmoth, William  

03/15/2011

| Time | Event |
|---|---|
| 11:02:24 | Recording Started: |
| 11:02:24 | Case called |
| 11:02:27 | **General:** ARRAIGNMENT |
| 11:04:04 | oath administered |
| 11:04:33 | Counsel present |
| 11:04:42 | USPO Jeffrey Gwinn present |
| 11:04:48 | **Defendant: Stover, Hughie Elbert** Stated name, address and phone number |
| 11:05:01 | waives reading of indictment; Not guilty plea |
| 11:05:13 | **Judge: VanDervort, R. Clarke** Stated District Judge assignment and dates for trial, pretrial, etc. |
| 11:06:02 | **Defendant: Stover, Hughie Elbert** does NOT waive presence at pretrial matters |
| 11:06:47 | **Pers. Attorney: Wilmoth, William** Motion that defendant be allowed to travel to Wheeling to meet with counsel |
| 11:07:11 | **US Attorney: Blaire, Malkin** No objection |
| 11:07:31 | **Judge: VanDervort, R. Clarke** Granted permission to travel to Wheeling to meet with counsel |
| 11:08:39 | **General:** hearing adjourned |
| 11:08:43 | **Stop recording** |