# **STATEMENT OF HUGHIE ELBERT STOVER**

     I am the defendant in this case. My attorney has explained to me the rights I have under the Federal Speedy Trial Act and the Constitution of the United States to have my case tried as soon as possible. He has also explained to me that he has not yet received from the United States Attorney copies of the discovery material he needs to review in order to effectively represent me. I therefore believe that it is in my best interest to ask the Court to continue my trial in order to allow my attorney to be prepared for my trial, and I agree to his filing the attached Motion to Continue on my behalf. I waive any rights I have to receive a speedy trial in favor of allowing my attorney sufficient time to adequately prepare to defend me.

Dated March 25, 2011.

_____
Hughie Elbert Stover

