UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     CRIMINAL NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

    Defendant.

## DEFENDANT'S REPLY TO RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S MOTION TO CONTINUE TRIAL

    Now comes the Defendant, Hughie Elbert Stover, in reply to the Response of the United States to Defendant's Motion to Continue. While counsel appreciates the United States' gesture in not opposing the defendant's request for continuance, counsel represents that the six weeks' continuance suggested by the United States is not sufficient.

    While the United States has been very forthcoming in its discovery responses, those responses still constitute well in excess of sixty thousand pages of material. And while "[t]he United States has already outlined in its discovery response that it does not intend to use certain documents in its case in chief at trial," and while counsel for the defendant would welcome the United States' "…guidance regarding the specific documents the United States plans to use at trial," defendants have a funny way of expecting their defense lawyers to read and digest everything the Government is required to provide, notwithstanding what the Government says it will use in its case in chief. Perhaps the defendant will use something the Government provides in **his** case in chief.

5726483.1

All that the defendant wants is a **reasonable** continuance of the trial date, and the six weeks suggested by the Government is neither reasonable nor sufficient to allow him and his counsel to be prepared for trial.

Respectfully submitted this 4th day of April, 2011.

STEPTOE & JOHNSON PLLC
Of Counsel

/s/ William D. Wilmoth
William D. Wilmoth, Esq. (WV Bar # 4075)
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003

*Counsel for Defendant,*
*Hughie Elbert Stover*

5726483.1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CRIMINAL NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

        Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of April, 2011, I served the foregoing *Defendant's Reply to Response of the United States of America to Defendant's Motion to Continue Trial* upon all counsel of record, using the Court's CM/ECF filing system as follows:

        R. Booth Goodwin, II
        United States Attorney
        Southern District of West Virginia
        300 Virginia Street, East, Room 4000
        Charleston, West Virginia 25301

        Blaire L. Malkin
        Assistant United States Attorney
        Southern District of West Virginia
        300 Virginia Street, East, Room 4000
        Charleston, West Virginia 25301

        Steven R. Ruby
        Assistant United States Attorney
        Southern District of West Virginia
        300 Virginia Street, East, Room 4000
        Charleston, West Virginia 25301

                                    /s/ William D. Wilmoth

5726483.1