IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA

v.  Criminal Number: 5:11-00038

HUGHIE ELBERT STOVER

**O R D E R**

It appearing to the Court that there are no pretrial motions pending before the undersigned, it is hereby **ORDERED** that the motions hearing currently scheduled for September 13, 2011, is **CANCELLED**.

The Clerk is directed to send a copy of this Order to the Defendant, counsel of record, the Probation Office of this Court, and the United States Marshal in this District.

ENTER: September 7, 2011

R. Clarke VanDervort
United States Magistrate Judge