IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              CRIMINAL ACTION NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

        Defendant.

**ORDER**

    The Court has reviewed the United States Motion to Seal Exhibit A (Document 82). After careful consideration of the motion, the Court does hereby **ORDER** that Exhibit A and the United States Motion to Seal Exhibit A (Document 82) be filed **UNDER SEAL**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the United States Marshal.

                                  ENTER:        September 30, 2011

                                          IRENE C. BERGER
                                      UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF WEST VIRGINIA