```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BECKLEY
```

**UNITED STATES OF AMERICA**

**v.**                              CRIMINAL NO. 5:11-00038

**HUGHIE ELBERT STOVER**

### EIGHTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and Rule 16.1(a) of the Local Rules of Criminal Procedure, the United States of America, by counsel, supplements its response to Standard Discovery Requests.

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:** The United States attaches a CD containing the following items:

1. Personnel files of Quincy Burgess (308741-308838);
2. Immunity Agreements of Dexter Bates, Quincy Burgess, Jordan Cook, Andrew Gillispie, Charles

        Lilly, Ray Stevens, Jonathan Williams and Tommy Wingo;

3. MOI's of Charles Lilly and Bobbie Pauley; and

4. Daniel Chevrolet Buick records.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

### **REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

s/Blaire L. Malkin
Blaire L. Malkin
WV Bar Number: 10671
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, E., Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: blaire.malkin@usdoj.gov

2

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "EIGHTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 3rd day of October, 2011, to:

>William David Wilmoth, Esquire
>Steptoe & Johnson PLLC
>1233 Main Street, Suite 3000
>wheeling, WV  26003-0751

>s/Blaire L. Malkin
>Blaire L. Malkin
>WV Bar Number: 10671
>Assistant United States Attorney
>United States Attorney's Office
>300 Virginia Street, E., Suite 4000
>Charleston, West Virginia 25301
>Telephone: (304) 345-2200
>Fax: (304) 347-5104
>Email: blaire.malkin@usdoj.gov