AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

### for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  John Gillenwater
1333 13th Street
Nitro, WV  25143

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date: OCT 04 2011

CLERK OF COURT

_Eugenia Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No. 5:11-cr-00038 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Rodney Osborne
PO Box 317
Beckley, WV 25801

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable):*

(SEAL)

Date: **OCT 0 4 2011**

CLERK OF COURT

_Eugenia Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )   Case No.  5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Charles Athey
        PO Box 613
        Fairdale, WV  25839

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

   You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

_Eugenie Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_
Defendant Hughie Elbert Stover            , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Christopher Allen
      PO Box 134
      Hernshaw, WV  25107

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: **OCT 0 4 2011**

                                               CLERK OF COURT

                                          *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:11-cr-00038 |
| Hughie Elbert Stover | ) | |
| _____ | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   William Craddock
      PO Box 309
      Arnett, WV  25007

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____, who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Michael Dickens
     171 Cook Lane
     Naoma, WV  25140

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley<br>110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   OCT 0 4 2011

                                   *CLERK OF COURT*

                                     *Eugenia Berger*
                                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No. 5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Larry Brown
      PO Box 61
      Glen Daniel, WV 25844

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )     Case No.  5:11-cr-00038 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Johnny Neely
      PO Box 272
      Surveyor, WV  25932

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 0 4 2011

                                      *CLERK OF COURT*

                                             *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____, who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )   Case No.  5:11-cr-00038 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jacob Doss
      11572 Ridgeview Nellis Road
      Nellis, WV  25142

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )    Case No.  5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Gregory Shrewsbury
2540 Egeria Road
Odd, WV 25902

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date: **OCT 0 4 2011**

CLERK OF COURT

_Eugenia Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )    Case No.  5:11-cr-00038 |
| | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Gary Neil
     77 Chapman Street
     Chapmanville, WV  25508

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: **OCT 0 4 2011**

CLERK OF COURT

*Eugenui Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:11-cr-00038 |
| Hughie Elbert Stover | ) | |
| _____ | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  David Covey
     PO Box 293
     Curveyor, WV  25932

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

(SEAL)

Date: OCT 04 2011

CLERK OF COURT

_Eugenia Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing (name of party) _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | ) Case No. 5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Berman Cornett
      PO Box 183
      Crab Orchard, WV 25827

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  **OCT 0 4 2011**

CLERK OF COURT

_Eugenia Berger_

Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover _____, who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Albert Anderson

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Hughie Elbert Stover<br>_____<br>*Defendant* | )<br>)<br>)  Case No.  5:11-cr-00038<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Mark Gilbert
      PO Box 25
      Sylvester, WV  25193

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley<br>110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  5:11-cr-00038 |
| Hughie Elbert Stover | ) | |
| _____ | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Kevin McAlpine
　　　PO Box 207
　　　Princewick, WV  25908

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  **OCT 0 4 2011**
　　　_____

　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　*Eugenia Berger*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____
Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Jerry Weeks
      PO Box 361
      Lester, WV  25865

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: OCT 0 4 2011

_CLERK OF COURT_

_Eugenie Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

Grg+1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | ) |  Case No.  5:11-cr-00038 |
| | ) |
| _____ | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Jeremy Rife
     PO Box 565
     Oceana, WV  24870

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  OCT 0 4 2011

                                 *CLERK OF COURT*

                                _Eugenia Berger_
                                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Edward Foster
PO Box 49
Whitesville, WV 25209

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Blake Acord
      PO Box 1784
      Oceana, WV  24870

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance:   USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|
| 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date: **OCT 0 4 2011**

                                          CLERK OF COURT

                                          *Eugenes Berger*
                                          Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover          , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

*org +1*

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Timothy Sigmon
      PO Box 91
      Boomer, WV  25031

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  **OCT 0 4 2011**

                                    *CLERK OF COURT*

                                    *Eugenia Berger*
                                    *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751                                              Crg + l
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )  Case No.  5:11-cr-00038 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   William Bragg
      312 Pike
      Beaver, WV

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:   OCT 0 4 2011

CLERK OF COURT

*Eugenie Berger*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | ) Case No.  5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Travis Nelson
     170 Hutchinson Drive
     Lester, WV  25865

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

    You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date:  OCT 0 4 2011

                                *CLERK OF COURT*

                                *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )  Case No.  5:11-cr-00038 |
| | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Michael Medley
     PO Box 26
     Speedwell, TN  37870

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  **OCT 0 4 2011**

                                        *CLERK OF COURT*

                                      *Eugenia Berger*
                                     *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

Org + 1

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )  Case No.  5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  James Bailey
     PO Box 66
     Lester, WV  25865

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date:  **OCT 0 4 2011**

                                         _CLERK OF COURT_

                                       _Eugenia Berger_
                                       _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

_(signature)_

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

cy +1

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   David Shears
     PO Box 247
     Kimberly, WV  25118

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley<br>110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:


(SEAL)

Date:  **OCT 0 4 2011**

                                 *CLERK OF COURT*

                                  *Eugenia Berger*
                                 *Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hughie Elbert Stover | ) | Case No. 5:11-cr-00038 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: David McFalls
108 Coal River road
Sylvester, WV 25193

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: OCT 0 4 2011

CLERK OF COURT

*Eugenia Berger*

Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

copy+1

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Adam Fraley
      PO Box 185
      Rock Creek, WV  25174

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date:  OCT 0 4 2011

CLERK OF COURT

_Eugenis Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

crg + l

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )    Case No. 5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Pacer Pettry
      122 West Jarrett Place
      Colcord, WV 25048

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | 110 North Heber Street, Beckley, WV | Date and Time: | 10/24/2011 9:00 am |

     You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

_(SEAL)_

Date: **OCT 0 4 2011**

                                _CLERK OF COURT_

                                _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hughie Elbert Stover | )   Case No.  5:11-cr-00038 |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Joshua Stout
     3889 Decoda Road
     Eskdale, WV  25075

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

     You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:


_(SEAL)_

Date:  OCT 0 4 2011

                                      _CLERK OF COURT_

                                 _Eugenia Berger_
                                   _Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____ Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Brandon Bowling
      201 Patterson Street
      Beckley, WV  25801

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

_Eugenia Berger_
Signature of Clerk or Deputy Clerk

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____
Defendant Hughie Elbert Stover_____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hughie Elbert Stover | ) | Case No.  5:11-cr-00038 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Charles Musick
166 Sturgeon Branch Road
Dry Creek, WV  25062

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | USDCSDWV-Beckley 110 North Heber Street, Beckley, WV | Courtroom No.: | Judge Irene Berger's Courtroom |
|---|---|---|---|
| | | Date and Time: | 10/24/2011 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: OCT 0 4 2011

CLERK OF COURT

_Eugenia Berger_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
Defendant Hughie Elbert Stover _____ , who requests this subpoena, are:

William D. Wilmoth, Esq. (WV Bar # 4075)
STEPTOE & JOHNSON PLLC
P.O. Box 751
Wheeling, WV 26003
william.wilmoth@steptoe-johnson.com
(304) 231-0456
Counsel for Defendant, Hughie Elbert Stover

Copy+1