```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                       AT BECKLEY
```

**UNITED STATES OF AMERICA**

v.                            CRIMINAL NO. 5:11-00038

**HUGHIE ELBERT STOVER**

### UNITED STATES NOTICE OF CERTIFICATION
### FOR USE OF COURTROOM TECHNOLOGY

Comes now the United States of America by Assistant United States Attorney, Blaire L. Malkin, and hereby certifies, pursuant to Local Rule of Criminal Procedure 12.1(e) that it has conferred with the court's technology staff of its intention to use courtroom technology at the trial to be held in this case on October 24, 2011.

```
                    Respectfully submitted,

                    R. BOOTH GOODWIN II
                    United States Attorney

                    s/Blaire L. Malkin
                    Blaire L. Malkin
                    WV Bar Number: 10671
                    Assistant United States Attorney
                    United States Attorney's Office
                    300 Virginia Street, E., Suite 4000
                    Charleston, West Virginia 25301
                    Telephone: (304) 345-2200
                    Fax: (304) 347-5104
                    Email: blaire.malkin@usdoj.gov
```

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES OF AMERICA LOCAL RULE 12.1(e) TECHNOLOGY NOTICE" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 17th day of October, 2011, to:

> William David Wilmoth, Esquire
> Steptoe & Johnson PLLC
> 1233 Main Street, Suite 3000
> wheeling, WV  26003-0751

> s/Blaire L. Malkin
> Blaire L. Malkin
> WV Bar Number: 10671
> Assistant United States Attorney
> United States Attorney's Office
> 300 Virginia Street, E., Suite 4000
> Charleston, West Virginia 25301
> Telephone: (304) 345-2200
> Fax: (304) 347-5104
> Email: blaire.malkin@usdoj.gov