```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                              AT BECKLEY
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 5:11-00038

**HUGHIE ELBERT STOVER**

**TENTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF
AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS,
AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY**

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and Rule 16.1(a) of the Local Rules of Criminal Procedure, the United States of America, by counsel, supplements its response to Standard Discovery Requests.

**Request E:** Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, building or places, or copies or portions of any of those items, if the item is within the government's possession, custody or control, and (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to defendant. [Fed. R. Crim. P. 16(a)(1)(E)]

**Response:**

1. FBI - 302 of Kevin Lyall dated August 17, 2011;

2. Transcript of Testimony of Kevin Lyall dated May 12, 2010;

2. FBI - 302 of Keith Sigmund dated August 17, 2011; and

3. Immunity Agreement of Bobbie D. Pauley dated October 18, 2011.

**Other Materials:**

The United States received additional documents on October 14, 2011. The United States does not intend to use any of the below listed documents at trial and does not believe any of it to be relevant or to contain information favorable to the defendant.

PCC-DOJ 00949355-00953333.

Any discovery provided that is not mandated by Court order, the Federal Rules of Criminal Procedure, federal statute or federal case law, is provided voluntarily as a matter of discretion solely to expedite and facilitate litigation of this case.

### REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY

Pursuant to Rules 16.1(b) and 16.1(d) of the Local Rules of Criminal Procedure, the United States of America requests that defendant provide all applicable reciprocal discovery within 14 days of the service of this response and the provision of materials requested by defendant in the Standard Discovery Request.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

s/Blaire L. Malkin
Blaire L. Malkin
WV Bar Number: 10671
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, E., Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: blaire.malkin@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that service of the foregoing "TENTH SUPPLEMENTAL RESPONSE OF THE UNITED STATES OF AMERICA TO DEFENDANT'S STANDARD DISCOVERY REQUESTS, AND REQUEST OF THE UNITED STATES FOR RECIPROCAL DISCOVERY," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 19th day of October, 2011, to:

        William David Wilmoth, Esquire
        Steptoe & Johnson PLLC
        1233 Main Street, Suite 3000
        wheeling, WV 26003-0751

        s/Blaire L. Malkin
        Blaire L. Malkin
        WV Bar Number: 10671
        Assistant United States Attorney
        United States Attorney's Office
        300 Virginia Street, E., Suite 4000
        Charleston, West Virginia 25301
        Telephone: (304) 345-2200
        Fax: (304) 347-5104
        Email: blaire.malkin@usdoj.gov