UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                          Criminal No. 5:11-00038

HUGHIE ELBERT STOVER

<u>NOTICE OF DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Blaire L. Malkin, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses without prejudice Count Two of the Superseding Indictment filed herein against HUGHIE ELBERT STOVER in Criminal No. 5:11-00038.

                                         Respectfully submitted,

                                         R. BOOTH GOODWIN II
                                         United States Attorney


                                         <u>s/Blaire L. Malkin</u>
                                         Blaire L. Malkin
                                         WV Bar Number: 10671
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         300 Virginia Street, E., Suite 4000
                                         Charleston, West Virginia 25301
                                         Telephone: (304) 345-2200
                                         Fax: (304) 347-5104
                                         Email: blaire.malkin@usdoj.gov