# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 10/21/2011                                                                       Case Number 5:11-cr-38
Case Style: USA vs. Hughie Elbert Stover
Type of hearing Voir Dire / Jury Selection
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                    Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Blaire Malkin, Larry Ellis, & Philip Wright


Attorney(s) for the Defendant(s) William Wilmoth & William OBrien


Law Clerk Matt Delligatti                                                    Probation Officer

## Trial Time

Jury Selection with trial to start on 10/24/11


## Non-Trial Time



## Court Time

10:15 am   to 11:50 am
9:58 am    to 10:07 am
12:21 pm   to 1:35 pm
1:54 pm    to 2:31 pm
Total Court Time: 3 Hours 35 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 9:58 a.m.

Parties present for voir dire/jury selection.
Defendant present in person and by counsel.
Counsel note appearances on the record.
Court goes over preliminary matters with counsel.
Court takes recess at 10:07 a.m.

Court resumed at 10:15 a.m.
53 jurors present (see Judge's List).
31 jurors called into the jury box (see Judge's List).
Jurors given oath on voir dire.
Court goes over voir dire questions with jurors.
Jurors 19, 20, 22, 26 & 27 excused for cause; replaced by Jurors 32, 33, 34, 35 & 36.
Juror 32 excused for cause; replaced with Juror 37.
Juror 3 excused for cause; replaced with Juror 38.

## District Judge Daybook Entry

Court takes recess at 11:50 a.m.

Court resumed at 12:21 p.m.
Juror 7 excused for cause; replaced by Juror 39.
Voir dire continues.
Juror 23 excused for cause; replaced by Juror 40.
Juror 40 excused for cause; replaced by Juror 41.
Juror 41 excused for cause; replaced by Juror 42.
Juror 42 excused for cause; replaced by Juror 43.
Juror 43 excused for cause; replaced by Juror 44.
Court takes recess at 1:35 p.m.

Court resumed at 1:54 p.m.
Counsel make strikes.
Stricken jurors excused.
Jury of 13 (including 1 alternate) seated to try issue.
Court gives additional instructions to jury.
Jury excused.
Court addresses additional matters with counsel.
Court recessed at 2:31 p.m.


Jury Utilization Summary:
53 jurors reported
13 jurors excused for cause
18 jurors stuck by counsel
13 jurors seated
9 jurors unused