UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

FILED OCT 25 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:11-00038

HUGHIE ELBERT STOVER

### STIPULATION

Now comes the United States of America, by Assistant United States Attorney Larry R. Ellis and comes the defendant, Hughie Elbert Stover, in person and by his counsel, William David Wilmoth and do hereby stipulate and agree that those documents contained in those twenty banker's boxes as depicted in those six photographs attached hereto are in fact the same documents that were removed from the dumpster-like bin, depicted in the photograph that is Government Exhibit 25, on the premises of the offices of Performance Coal Company at or near Montcoal in Raleigh County, West Virginia, by agents or employees of Massey Energy Company on or about January 25, 2011, and thereafter transferred to Alpha Engineering and thereafter transferred to the law firm of Guthrie & Thomas in Charleston, West Virginia.

_____
WILLIAM DAVID WILMOTH
Counsel for Elbert Stover

_____
LARRY R. ELLIS
Assistant United States Attorney

_____
HUGHIE ELBERT STOVER
Defendant









