UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

FILED
OCT 27 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

V.                                CRIMINAL NO. 5:11-cr-00038

HUGHIE ELBERT STOVER

### VERDICT

__✓__ We the jury find the Defendant, Hughie Elbert Stover, GUILTY beyond a reasonable doubt of knowingly and willfully making a materially false, fictitious or fraudulent statement in violation of 18 U.S.C. § 1001.

OR

_____ We the jury find the Defendant, Hughie Elbert Stover, NOT GUILTY of violating 18 U.S.C. § 1001.

__✓__ We the jury find the Defendant, Hughie Elbert Stover, GUILTY beyond a reasonable doubt of knowingly and willfully causing the concealment, cover up, mutilation or destruction of documents with the intent to impede, obstruct or influence an investigation in violation of 18 U.S.C. §§ 2(b) and 1519.

OR

_____ We the jury find the Defendant, Hughie Elbert Stover, NOT GUILTY of violating 18 U.S.C. §§ 2(b) and 1519.

10-26-11
DATE

███████████████████████████
FOREPERSON