IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        CRIMINAL ACTION NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

    Defendant.

### EXHIBIT LIST

| Court No. | Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location |
|---|---|---|---|---|---|---|
|  | 1 |  | 10/24/11 | 10/24/11 | News Release (4 pages) | Clerk's Office |
|  | 2 |  | 10/24/11 | 10/24/11 | authentication certificate w/ attachments | Clerk's Office |
|  |  | 1 | 10/24/11 | 10/24/11 | acknowledgment | Clerk's Office |
|  |  | 2 | 10/24/11 | 10/24/11 | 10/14/11 MSHA letter w/ attached chart | Clerk's Office |
|  | 3 |  | 10/24/11 | 10/24/11 | transcript of Hughie Stover interview | Clerk's Office |
|  | 4 |  | 10/24/11 | 10/24/11 | immunity agreement - Quincy Burgess | Clerk's Office |
|  | 5 |  | 10/24/11 | 10/24/11 | Performance Coal letter dated 2/14/07 | Clerk's Office |
|  | 6 |  | 10/24/11 | 10/24/11 | immunity agreement - Tommy Wingo | Clerk's Office |
|  | 7 |  | 10/24/11 | 10/24/11 | photo | Clerk's Office |
|  | 8 |  | 10/24/11 | 10/24/11 | photo | Clerk's Office |
|  | 9 |  | 10/24/11 | 10/24/11 | standard operating procedure | Clerk's Office |
|  | 10 |  | 10/24/11 | 10/24/11 | statement form by Tommy Wingo | Clerk's Office |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 12 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 13 | | 10/24/11 | 10/24/11 | photo of Massey Energy 4/9/10 Memo | Clerk's Office |
| | 14 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 18 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 16 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 15 | | 10/24/11 | 10/24/11 | immunity agreement - Bobbie Pauley | Clerk's Office |
| | 17 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 19 | | 10/24/11 | 10/24/11 | immunity agreement - Greg Clay | Clerk's Office |
| | 20 | | 10/24/11 | 10/24/11 | photo | Clerk's Office |
| | 22 | | 10/24/11 | 10/24/11 | Performance Coal report by Charles Lilly | Clerk's Office |
| | 23 | | 10/24/11 | 10/24/11 | Daily Duty Log 11/30/07 | Clerk's Office |
| | 21 | | 10/24/11 | 10/24/11 | immunity agreement - Charles Lilly | Clerk's Office |
| | 24 | | 10/25/11 | 10/25/11 | immunity agreement - Jonathan Williams | Clerk's Office |
| | 25 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 26 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 27 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 28 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 29 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 31 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 32 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |
| | 35 | | 10/25/11 | 10/25/11 | folder w/ documents | Clerk's Office |
| | 36A | | 10/25/11 | 10/25/11 | folder w/ documents | Clerk's Office |
| | 36B | | 10/25/11 | 10/25/11 | folder w/ documents | Clerk's Office |
| | 37 | | 10/25/11 | 10/25/11 | folder w/ documents | Clerk's Office |
| | 38 | | 10/25/11 | 10/25/11 | immunity agreement - Jordan Cook | Clerk's Office |
| | 39 | | 10/25/11 | 10/25/11 | photo | Clerk's Office |

|   |    |   |          |              |                                     |                |
|---|----|---|----------|--------------|-------------------------------------|----------------|
|   | 40 |   | 10/25/11 | 10/25/11     | photo                               | Clerk's Office |
|   | 41 |   | 10/25/11 | 10/25/11     | photo                               | Clerk's Office |
|   | 42 |   | 10/25/11 | 10/25/11     | photo                               | Clerk's Office |
|   | 43 |   | 10/25/11 | 10/25/11     | photo                               | Clerk's Office |
|   | 44 |   | 10/25/11 | 10/25/11     | photo                               | Clerk's Office |
|   | 47 |   | 10/25/11 | 10/25/11     | e-mail                              | Clerk's Office |
|   | 48 |   | 10/25/11 | 10/25/11     | e-mail                              | Clerk's Office |
|   | 49 |   | 10/25/11 | 10/25/11     | immunity agreement - Andrew Coalson | Clerk's Office |
| 1 |    |   | 10/26/11 | not admitted | note from Jury                      | Clerk's Office |
| 2 |    |   | 10/26/11 | not admitted | note from Jury                      | Clerk's Office |