IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

**UNITED STATES OF AMERICA**

v.                              CRIMINAL NO. 5:11-00038

**HUGHIE ELBERT STOVER**

### UNITED STATES' MOTION TO INCREASE PAGE LIMIT

Comes now the United States of America by R. Booth Goodwin II, United States Attorney, and Philip H. Wright, Assistant United States Attorney for the Southern District of West Virginia, and moves to increase the page limit for the parties' sentencing memoranda to ten pages. This is an extraordinary case, and the United States intends to seek a sentence substantially above the advisory Sentencing Guidelines range of 33 to 41 months' imprisonment. That position rests on several reasons and requires more than five pages to explain. Among those reasons are the following:

1. Several of the sentencing factors enumerated in 18 U.S.C. § 3553(a) can be satisfied only with a sentence substantially above the advisory Guidelines range.

2. The circumstances of this case fall far outside the heartland of the advisory Guidelines and warrant an above-

Guidelines sentence. A number of cases support this view and require explanation.

3. Defendant's relevant, uncharged conduct includes his role in a conspiracy to provide routine advance warning of Mine Safety and Health Administration (MSHA) inspections at the Upper Big Branch mine (UBB). MSHA has found that the practice of providing such warnings was a contributing cause of the 2010 explosion at UBB that killed 29 coal miners.

4. The investigations that defendant obstructed through his offense conduct were exceptionally important to the families of the miners killed at UBB, to the future safety of all miners, and to the nation as a whole. The advisory Guidelines for obstruction of justice and making false statements do not fully account for the significance of the investigations that defendant affected.

>Respectfully submitted,
>R. BOOTH GOODWIN II
>United States Attorney
>
>s/PHILIP H. WRIGHT
>PHILIP H. WRIGHT
>WV Bar Number: 7106
>Assistant United States Attorney
>United States Attorney's Office
>300 Virginia St., E., Suite 4000
>Charleston, West Virginia 25301
>Telephone: (304) 345-2200
>Fax: (304) 347-5104
>Email: philip.wright@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES' MOTION TO INCREASE PAGE LIMIT," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 8th day of February, 2012, to:

>William David Wilmoth, Esquire
>Steptoe & Johnson PLLC
>1233 Main Street, Suite 3000
>Wheeling, WV  26003-0751

>s/PHILIP H. WRIGHT
>PHILIP H. WRIGHT
>WV Bar Number: 7106
>Assistant United States Attorney
>United States Attorney's Office
>300 Virginia St., E., Suite 4000
>Charleston, West Virginia 25301
>Telephone: (304) 345-2200
>Fax: (304) 347-5104
>Email: philip.wright@usdoj.gov