IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 5:11-00038

HUGHIE ELBERT STOVER

UNITED STATES' SECOND PRELIMINARY
WITNESS LIST FOR SENTENCING HEARING

Comes now the United States of America by Steven R. Ruby, Assistant United States Attorney for the Southern District of West Virginia, and provides the following second preliminary witness list for the sentencing hearing scheduled for February 29, 2012.

1.    Kevin Stricklin, Administrator for Coal Mine Safety and Health, Mine Safety and Health Administration (MSHA) (anticipated testimony includes conclusions of MSHA's Upper Big Branch (UBB) accident investigation; importance of investigation; recent MSHA action concerning former UBB employee Bobbie Pauley).

2.    Capt. Garland Daniel, United States Army (former UBB security officer; anticipated testimony includes defendant's admissions to misconduct as a police officer, including racially motivated misconduct).

3.    Andrew Gillespie (UBB security officer; anticipated testimony includes defendant's admissions to misconduct as a police officer; sexual harassment by defendant; defendant's orders to engage in illegal conduct).

4.   Jordan Cook (former UBB security officer; anticipated testimony includes defendant's admissions to misconduct as a police officer).

5.   Gina Jones.

6.   Gary May.

7.   James F. Lafferty II, Special Agent, Federal Bureau of Investigation (anticipated testimony includes defendant's military record, defendant's record as a police officer, and sexually explicit images stored on defendant's office computer).

The United States reserves the right to supplement this witness list.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

By:
    s/ Steven R. Ruby
    Steven R. Ruby
    WV Bar Number: 10752
    Assistant United States Attorney
    United States Attorney's Office
    300 Virginia Street, E., Suite 4000
    Charleston, West Virginia 25301
    Telephone: (304) 345-2200
    Fax: (304) 347-5104
    Email: steven.ruby@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing "UNITED STATES' SECOND PRELIMINARY WITNESS LIST FOR SENTENCING HEARING," has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing on this 27th day of February, 2012, to:

William David Wilmoth, Esquire
Steptoe & Johnson PLLC
1233 Main Street, Suite 3000
Wheeling, WV  26003-0751

s/ Steven R. Ruby
Steven R. Ruby
WV Bar Number: 10752
Assistant United States Attorney
United States Attorney's Office
300 Virginia Street, E., Suite 4000
Charleston, West Virginia 25301
Telephone: (304) 345-2200
Fax: (304) 347-5104
Email: steven.ruby@usdoj.gov

3