## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 2/29/2012                                                                      Case Number 5:11-cr-38
Case Style: USA vs. Hughie Elbert Stover
Type of hearing Sentencing
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                   Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government R. Booth Goodwin II; Steven Ruby


Attorney(s) for the Defendant(s) William Wilmoth


Law Clerk Matt Delligatti                                                    Probation Officer Teresa King

### Trial Time

### Non-Trial Time

### Court Time

10:58 am   to 1:45 pm
Total Court Time: 2 Hours 47 Minutes Court actively conducting trial proceedings/Contested proceedings

### Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 10:58 a.m.

Defendant present in person and by counsel for sentencing as to Counts One & Three of the Superseding Indictment.
Counsel note appearances on the record.
Defendant placed under oath.
Court addresses PSR and remaining objections.
Court ADOPTS findings in PSR.
Probation to file PSR in court file under seal.
Court FINDS the applicable U.S.S.G. ranges to be:
    Total Offense Level: 20
    Criminal History: I
    Custody Range: 33 - 41 months
    Supervised Release Range: 1 - 3 years
    Fine Range:  $7,500 - $75,000
    Assessment:  $100
Court hears from counsel at bench.
Government calls KEVIN STRICKLIN; oath given.
Direct by Mr. Ruby.

## District Judge Daybook Entry

Government Ex. 1 marked and admitted.
Government Ex. 2 marked and admitted.
Government Ex. 3 marked and admitted.
Cross by Mr. Wilmoth.
Redirect.
Government calls GARY MAY; oath given.
Direct by Mr. Ruby.
Cross by Mr. Wilmoth.
Government calls GINA JONES; oath given.
Direct by Mr. Ruby.
Cross by Mr. Wilmoth.
Court addresses 3553(a) factors, and makes applicable findings.
Mr. Goodwin speaks before sentence is imposed.
Mr. Wilmoth speaks before sentence is imposed.
Defendant speaks on his own behalf.
After considering advisory U.S.S.G. ranges and 3553(a) factors, Court IMPOSES sentence as follows:
    Custody: 36 months
    Supervised Release: 2 years
    Fine: $20,000
    Assessment:  $200
Court states reasons for sentence imposed.
Defendant advised of right to appeal.
Count Two was previously DISMISSED.
Defendant RELEASED on prior bond to self-report.
Court recessed at 1:45 p.m.