Case 5:11-cr-00038 Document 185 Filed 02/29/12 Page 1 of 1 PageID #: 1669

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION



FILED
FEB 29 2012
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

        Defendant.

## WITNESS LIST

| Date | Gov't No. | Witness | Date | Def't No. | Witness |
|---|---|---|---|---|---|
| 02/29/12 | 1 | Kevin Stricklin | | | |
| 02/29/12 | 2 | Gary May | | | |
| 02/29/12 | 3 | Gina Jones | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of 1