IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.                             CRIMINAL ACTION NO. 5:11-cr-00038

HUGHIE ELBERT STOVER,

    Defendant.

## EXHIBIT LIST

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location |
|---|---|---|---|---|---|
| 1 | | 02/29/12 | 02/29/12 | chart - Mine Disasters Since 1980 | Clerk's Office |
| 2 | | 02/29/12 | 02/29/12 | Simplified Mine Map | Clerk's Office |
| 3 | | 02/29/12 | 02/29/12 | photo of longwall shearer | Clerk's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## MINE DISASTERS SINCE 1980

| Date | State | Type | Mine Name | Location | Killed |
|---|---|---|---|---|---|
| 9/15/1980 | IL | Roof Fall | Spartan Mine | Sparta, IL | 3 |
| 10/27/1980 | KY | Blasting/Asphyxiation | No. 1 | Woodbine, KY | 3 |
| 11/7/1980 | WV | Explosion | Ferrell No. 17 | Uneeda, WV | 5 |
| 4/15/1981 | CO | Explosion | Dutch Creek # 1 | Redstone, CO | 15 |
| 12/3/1981 | WV | Roof Fall | Stillhouse Run # 1 | Bergoo, WV | 3 |
| 12/7/1981 | KY | Explosion | No. 11 | Kite, KY | 8 |
| 12/8/1981 | TN | Explosion | No. 21 | Whitewell, TN | 13 |
| 1/20/1982 | KY | Explosion | No. 1 | Craynor, KY | 7 |
| 8/24/1982 | VA | Bin Collapse | Virginia Pocohontas # 1 | Oakwood, VA | 3 |
| 6/21/1983 | VA | Explosion | No. 1 | McClure, VA | 7 |
| 2/16/1984 | PA | Explosion | Greenwich Collieries | Green Township, PA | 3 |
| 2/16/1984 | PA | Explosion | Greenwich Collieries | Green Township, PA | 3 |
| 9/12/1984 | KY | Roof Fall | Berger # 2 | Evarts, KY | 4 |
| 12/19/1984 | UT | Mine Fire | Wilberg | Orangeville, UT | 27 |
| 8/19/1985 | KY | Asphyxiation | No. 3 | Woodbine, KY | 3 |
| 12/11/1985 | PA | Explosion | No. 2 Slope | Carlstown, PA | 3 |
| 2/6/1986 | WV | Stockpile Collapse | Loveridge # 22 | Fairview, WV | 5 |
| 7/9/1986 | IL | Roof Fall | Orient # 6 | Waltonville, IL | 3 |
| 1/4/1989 | KY | Roof Fall | CV – 2 | Middlesboro, KY | 3 |
| 9/13/1989 | KY | Explosion | William Station | Sullivan, KY | 10 |
| 7/31/1990 | KY | Blasting | Granny Rose | Barbourville, KY | 3 |
| 2/13/1991 | VA | Roof Fall | No. 1 Mine | St. Charles, VA | 4 |
| 3/19/1992 | WV | Explosion | Blacksville # 1 | Blacksville, WV | 4 |
| 12/7/1992 | VA | Explosion | No. 3 | Norton, VA | 8 |
| 9/23/2001 | AL | Explosion | Jim Walters #5 | Brookwood, AL | 13 |
| 1/22/2003 | WV | Explosion | McElroy | Cameron, WV | 3 |
| 1/2/2006 | WV | Explosion | Sago | Tallmansville, WV | 12 |
| 5/20/2006 | KY | Explosion | Darby # 1 | Holmes Mill, KY | 5 |
| 8/6/2007 | UT | Coal Bump | Crandall Canyon | Huntington, UT | 6 |
| 8/16/2007 | UT | Coal Bump | Crandall Canyon | Huntington, UT | 3 |
| 4/5/2010 | WV | Explosion | Upper Big Branch | Montcoal, WV | 29 |






